# United States Bankruptcy Court
### District of South Carolina

In re  **Latoya Shanelle Holmes Hemingway**                                    Case No.  **19-00017**
                                         Debtor(s)                              Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2019**, a copy of **Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bluetrust**
**Chase**
**Check & Go**
**Conway National Bank**
**Dish Network**
**Evergreen Services**
**Ginny's**
**Loan Me**
**Midland Credit**
**National Credit Adjust**
**Portfolio Recovery**
**Riverbend Cash Finance**
**Sky Trail Cash**
**US Department of Education**
**Wells Fargo**

**/s/ Monique Pearson**
**Legal Secretary**
**Barr Law LLC**
**108 N. Academy Street**
**Kingstree, SC 29556**
**843-355-5444 Fax:843-355-5194**
**Barrlaw@ftc-i.net**